Miriam L. Schimmel (SBN 185089)
MSchimmel@InitiativeLegal.com
Andrew Sokolowski (SBN 226685)
ASokolowski@InitiativeLegal.com
Katherine Den Bleyker (SBN 257187)
KDenBleyker@InitiativeLegal.com
Initiative Legal Group APC
1800 Century Park East, 2nd Floor
Los Angeles, California 90067
Telephone: (310) 556-5637
Facsimile: (310) 861-9051

Attorneys for Plaintiff Christopher Duggan

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER DUGGAN, individually, and on behalf of other members of the general public similarly situated, and as aggrieved employees pursuant to the Private Attorneys General Act ("PAGA")<br><br>Plaintiff,<br><br>vs.<br><br>TACO BELL CORP., a California corporation; TACO BELL OF AMERICA, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 3:11-cv-05806-MEJ<br><br>**NOTICE OF DISMISSAL OF COMPLAINT WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)** |

**TO THE HONORABLE COURT AND DEFENDANTS TACO BELL CORP. AND TACO BELL OF AMERICA, INC.:**

PLEASE TAKE NOTICE that Plaintiff Christopher Duggan dismisses his Complaint pending in the United States District Court Northern District California, case no. 3:11-cv-05806-MEJ without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A).

Dated: December 22, 2011

Respectfully submitted,

Initiative Legal Group APC

By: _____
Miriam Schimmel
Andrew Sokolowski
Katherine Den Bleyker

Attorneys for Plaintiff Christopher Duggan